UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHASHIKANT PATEL,<br>          Plaintiff,<br><br>-v-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>          Defendant.<br>_____ | )<br>)<br>)  No. 1:10-cv-1047<br>)<br>)  HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

### **JUDGMENT**

Having granted Defendant USCIS's motion to dismiss for lack of subject matter jurisdiction, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  June 11, 2012                                                       /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            Chief United States District Judge