UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHASHIKANT PATEL,<br>　　　Plaintiff,<br><br>-v-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>　　　Defendant. | No. 1:10-cv-1047<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having resolved all pending claims and having granted Defendant USCIS summary judgment, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 8, 2016                                         /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge